BENJAMIN B. WAGNER
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
ROBERT D. SWEETIN
Certified Law Clerk, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2806

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Mag. No. 10-300 |
| Plaintiff, ) | Order |
| v. ) | |
| PEDRO J. MELENDEZ, ) | DATE: December 6, 2010 |
| ) | TIME: 10:00 a.m. |
| Defendant. ) | JUDGE: Hon. KIMBERLY J. MUELLER |

It is Hereby Ordered that the United States of America's motion to dismiss Mag. No. 10-300 is GRANTED.

IT IS SO ORDERED.

Dated: December 3, 2010.

_____
U.S. MAGISTRATE JUDGE